
PLAINTIFF'S EXHIBIT A

3-01-02

Dear Dr. Pacy,

My name is James R. Liddell, Jr. I am Sr. Building Custodian at Coelho Middle School.

I am requesting a leave of absence from work for two weeks. (March 4 thru March 15.)

I have some family issues to deal with due to the recent death of my mother.

I would appreciate what ever you can do to help me.

Thank you,
James R. Liddell Jr.

RECEIVED
SUPERINTENDENT'S OFFICE
MAR 2002
ATTLEBORO
SCHOOL SYSTEM

# ATTLEBORO PUBLIC SCHOOLS
100 RATHBUN WILLARD DRIVE ATTLEBORO, MASSACHUSETTS 02703

RONALD W. PACY
SUPERINTENDENT OF SCHOOLS

TELEPHONE (508) 222-0012 *101
FAX: (508) 223-1577

MAR 2 5 2002


PLAINTIFF'S EXHIBIT B

March 21, 2002
Certified Mail No. 7000 0600 0025 9802 5024

Mr. James Liddell
104 Woodstock Road
Attleboro, MA 02703

Dear Mr. Liddell:

You have been absent without authority for more than 14 days. I am informing you that according to M.G.L. Chapter 31, Section 38, you are considered to have permanently and voluntarily separated yourself from the employ of the Attleboro Public Schools.

You may, within 10 tens after the mailing of this letter, request a hearing before me.

Sincerely,

Ronald W. Pacy
Superintendent of Schools

RWP/as
enclosure (copy of law)
cc: Joel Lovering
    Edward F. Lenox, Esq.

# ATTLEBORO PUBLIC SCHOOLS
100 RATHBUN WILLARD DRIVE, ATTLEBORO, MASSACHUSETTS 02703

RONALD W. PACY  
SUPERINTENDENT OF SCHOOLS

TELEPHONE (508) 222-0012 *103  
FAX (508) 223-1571



April 12, 2002

Mr. James Liddell  
104 Woodstock Road  
Attleboro, MA 02703

Dear Mr. Liddell:

As you know, in a letter to you dated March 21, 2002, I informed you, consistent with G. L. Chapter 31, Section 38, that you had permanently and voluntarily separated yourself from the employ of the Attleboro School Department by virtue of your unauthorized absence since February 27, 2002. At your request, on April 3, 2002, I conducted a hearing with you on this issue, at which time you were accompanied by a union representative.

Please be informed that at the hearing you provided no satisfactory explanation for your absence and no bona fide reason why I should grant you a leave of absence. Therefore, I am reiterating my earlier decision that you have permanently and voluntarily separated yourself from your employment. Such separation will be effective immediately.

Enclosed is a copy of the letter which I have filed with the Commonwealth's Personnel Administrator in regard to this action.

Sincerely,

Ronald W. Pacy  
Superintendent of Schools

RWP/as