| NOTARY PUBLIC<br>BONDED | JEROLD S. LOOMIS<br>(617) 430-1000<br>Digital Pager |
|---|---|

## ALL STATE CONSTABLES, INC.

P.O. Box 339
Weymouth, MA 02188
(781) 335-9955 (Telephone)
(781) 335-5119 (Fax)

---

James R. Liddell, Jr. vs. City of Attleboro
Case Number: 04 CV 10409WGY

### RETURN OF SERVICE

I did this date, June 24, 2004, at approximately 9:43 a.m., serve a true attested copy of the following:

- United States District Court Summons in a Civil Case;
- Letter dated June 23, 2004 addressed to Clerk's Office - Civil United States District Court RE: James R. Liddell, Jr. v. City of Attleboro;
- First Amended Complaint, Relief Requested and Jury Demand and
- Plaintiff's Exhibit A, B and C.

In Hand to:    Susan Flood, Town Clerk

To wit:    Municipal Building
77 Park Street
Attleboro, MA

Signed under the pains and penalties of perjury this 24th day of June, 2004.

_____
Jerold S. Loomis
Disinterested Person

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

James R. Liddell, Jr.
Plaintiff

V.

City of Attleboro
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10409 WGY

TO: (Name and address of Defendant)

Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, Massachusetts  02140

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  3-1-04