UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
***************************
JAMES R. LIDDELL, JR,       *
       Plaintiff            *      CIVIL ACTION NO.: 04-CV10409WGY
                            *
v.                          *
                            *
CITY OF ATTLEBORO,          *
       Defendant            *
***************************
```

## JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE

Pursuant to L.R. 16.1(D) and this Court's Notice of Scheduling Conference, Plaintiff James R. Liddell, Jr. ("Plaintiff") and Defendant City of Attleboro ("Defendant") file this Joint Statement Containing a Proposed Pretrial Schedule.

### 1. PROPOSED DISCOVERY PLAN

| | |
|---|---|
| September 30, 2004 | Automatic disclosures to be served. |
| November 15, 2004 | Supplemental or amended pleading to be filed and served. |
| February 25, 2005 | Written discovery to be served (except expert witness disclosures). |
| July 29, 2005 | Non-expert depositions to be completed. |
| August 31, 2005 | Plaintiff shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A)(I); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules. |
| October 31, 2005 | Defendant shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. |

                    26(b)(4)(A)(I); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules.

December 31, 2005        Depositions of expert(s) to be completed.

## 2. PROPOSED SCHEDULE FOR FILING MOTIONS

February 28, 2006        Deadline for filing dispositive motions.

The deadline for filing opposition(s) to dispositive motion(s) shall be four weeks after the motion is filed. The deadline for filing replies to opposition(s) to dispositive motion(s) shall be four weeks after the opposition is filed.

## 3. MODIFICATION OF SCHEDULE DATES

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

## 4. CASE MANAGEMENT CONFERENCE

The parties propose that a case management conference be held pursuant to L.R. 16.3 on April 29, 2006 for the purpose of exploring the possibility of settlement, for the scheduling of a pretrial conference and/or trial, and for all other matters deemed appropriate by the Court.

## 5. TRIAL BY MAGISTRATE JUDGE

At the present time, the parties do not consent to trial of this action by Magistrate Judge.

## 6. TRIAL DATE

The parties propose that a trial by jury be scheduled for July 18, 2006.

WHEREFORE, the parties respectfully that the Court approve their proposed pretrial schedule and discovery plan, with such amendments as the Court deems just and proper.

Respectfully submitted,
CITY OF ATTLEBORO

By its Attorney,

/s/ Lorna M. Hebert
Lorna M. Hebert, Esq.
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Telephone: (617) 479-5000
EMAIL: lhebert@mhtl.com
BBO# 559493


Respectfully submitted,
JAMES R. LIDDELL, JR

By his Attorney,

/s/ Howard Mark Fine
Howard Mark Fine, Esq.
86 Sherman Street
Cambridge, MA 02140-3233
Telephone: (617) 868-9200
EMAIL: hmfine@aol.con
BBO #554671