UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
***************************
JAMES R. LIDDELL, JR,      *
      Plaintiff            *     CIVIL ACTION NO.: 04-CV10409WGY
                           *
v.                         *
                           *
CITY OF ATTLEBORO,         *
      Defendant            *
***************************
```

### CERTIFICATION OF DEFENDANT AND DEFENDANT'S COUNSEL

_____Defendant City of Attleboro and its Attorney, Lorna Hebert, hereby certify that they have conferred:

(A) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR. 16.4.

> Respectfully submitted,
> CITY OF ATTLEBORO
> By its Attorney,
>
> /s/ Lorna M. Hebert
> Lorna M. Hebert, BBO #559493
> Murphy, Hesse, Toomey and Lehane
> 300 Crown Colony Drive, P.O. Box 9126
> Quincy, MA 02269-9126
> Telephone: (617) 479-5000
> EMAIL: lhebert@mhtl.com
> BBO# 559493
>
> /s/ Joel Lovering
> Superintendent
> Attleboro Public Schools
> City of Attleboro