UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES R. LIDDELL, JR.<br>Plaintiff<br><br>v.<br><br>CITY OF ATTLEBORO<br>Defendant | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 04CV10409WGY<br>)<br>)<br>)<br>) |

**PLAINTIFF AND PLAINTIFF'S COUNSEL'S
CERTIFICATE OF COMPLIANCE WITH D. MASS. R. 16.1(D)(3)**

In accordance with D. Mass R. 16.1(D)(3), the undersigned certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course of, and various alternative courses to, the litigation and (2) to consider the alternative dispute resolution programs such as those outlined in D. Mass. R. 16.4.

_____          _____
James R. Liddell, Jr.                                          Howard M. Pine, BBO# 554671
                                                                            86 Sherman Street
                                                                            Cambridge, MA 02140-3233
                                                                            (617) 868 9200

Dated: September 7, 2004                              Dated: September 9, 2004