UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
***************************
JAMES R. LIDDELL, JR,        *
      Plaintiff              *       CIVIL ACTION NO.: 04-CV10409WGY
                             *
v.                           *
                             *
CITY OF ATTLEBORO,           *
      Defendant              *
***************************
```

### AMENDED JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE

Pursuant to L.R. 16.1(D) and this Court's Notice of Scheduling Conference, Plaintiff James R. Liddell, Jr. ("Plaintiff") and Defendant City of Attleboro ("Defendant") file this Joint Statement Containing a Proposed Pretrial Schedule.

**1. PROPOSED DISCOVERY PLAN**

| | |
|---|---|
| September 30, 2004 | Automatic disclosures to be served. |
| October 29, 2004 | Supplemental or amended pleading to be filed and served. |
| November 30, 2004 | Written discovery to be served (except expert witness disclosures). |
| February 25, 2005 | Non-expert depositions to be completed. |
| March 31, 2005 | Plaintiff shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A)(I); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules. |
| April 29, 2005 | Defendant shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. |