**NOTICE TO CLAIMANT OF DISQUALIFICATION**

00000i

S.S.A. No: [redacted]

Claim Fil on: 04/11/02
Benefit Y Expires: 04/05/03

FILE COPY

Claimant's Name: JAMES LIDDELL
104 WOODSTOCK RD.
ATTLEBORO, MA 02703-6713

Issued By P.O. Box 286. Buzzards Bay, MA 02532
(Telephone: (508) 291-8620), on May 30, 2

Employer's Name: CITY OF ATTLEBORO
C/O PERSONNEL DEPT-CITY HALL, 77 P
ATTLEBORO. MA 02703 -

This claim involves a question of **disqualification under General Laws Chap 151A, Section 25(e)(2) of the Massachusetts Employment and Training Law, (see over). After considerati of the facts obtained, you are disqualified for the following reason:**

You failed to return to work following an implied leave of absence. Consequently, you were discharged. Such discharge is due to deliberate misconduct in disregard of the employing unit's interest and subject to disqualification under the above-cited sectio of the Law.

**THIS DISQUALIFICATION COVERS THE PERIOD INDICATED BELOW:**

The week ending 04-13-02 and until you have had 8 week(s) of work and in each week have earned an amount equal to or in excess of your weekly benefit rate.

DIVISION OF EMPLOYMENT AND TRAINING

Date Mailed --------- by [signature]

YOU MAY REQUEST A HEARING ON THIS DETERMINATION

This determination will become final unless (1) you request a hearing within ten calendar days er the date of mailing or delivery in hand, or (2) you request a hearing within eleven to thirty calendar days after the date of mailing or delivery in hand an it is established that such delay was for good cause.

If the tenth day of the appeal period falls on a Saturday. Sunday. or legal holiday or other day o which the office of the Agency is closed. the appeal will be timely if it is mailed by the next following business day.

A request for hearing may be mailed to the local office shown above using a signed letter or lh form on the reverse side of this document. The hearing will be conducted in accordance with the Standard Rules of Practice and Procedure. 801 CMR 1.0 and 1.03 (Informal/Fair Hearing Rules) a copy of which can be obtained for a fee from the Office of the Secretary of the Commonwealth.

PROTECT YOUR BENEFIT RIGHTS If you appeal this determination, you must continue certify your eligibility for unemployment **benefits** during each week you are unemployed.

Auxiliary Aids and Services are available upon request for individuals with a disabil ty. TDD # 1-800-438-0471.

IMPORTANT
This loose contains inrum,aolni abotn your nghu a '.aligaoors. and should be translated immediately. If you need a translator, ask for a listing of transtauon services at your D.E.T. office.

IMPORTANTE
Quest'awiso conricnc informazioni sui rpsin ditini a doveri. deve rs.re sndotto immediasanscntc. Se astir bisogno di on servizm di vadutione. nchsedetr una Iisu di tali sery r, all'ufGdo U.E.T. delta rostra sona.

IMPORTANTE
Este rontem snfonnaSoes accrca dos scus direitos e obngacOcs < dcvc scr traduzsdosmcdtatamcntc. Sc pencisar do uma traducio, pcga uma lota do agendas do tnduSao no escnienu de D.E.T da sua Ina.

IMPORTANTE
Este arise conu<nc information averts do sus deachos y obligations y debe ens vaduddo inmedutamentc. Si usied cesita on service de traducction, pida un livado de dichos se mnos en la oOcsm de D.E.T de su Lea.

IMPORTANT
Cci atis consent de, lc se gnc enis star os drones et von obhgatiuns ei dot eve oadu.l mmcdm<mcm Si vous av best. done traducnon. demandcl uric lisle den agenda do vaducunn a rout bureau regional U.E.T

Wet
at,t#Yf RlfivitttllaNtM • IL.Jel~Ws7 •'trFZII tA
IN•t T TT.. ci 11311 tHf31Nllieg8f

Oh;D
n 1tYnnnauuw .zeantr -tagaaar.opnu,na;:aui eya
Innu,sa UuttSu 'tr1adatmlnuisni uln.liadh1nuag
nnlr;ccd,tmttw seta^,.anu2u/mun'xioatr.:irmaot nig
nnunsuaaagnlr Dr t. dxa yieg;seo:lrinv.

to natiars
N9fittfiluts:tna Fi1natyrilt 9r r:t e s ruu!el loos
uvutctlulumut etvs14 11iAFIFSFIUFusrl crtU UtltlfiU
11fitOh5lh 99N9 lfiSUOtLUta1rl011aa of a 1UUHF4

fPOZOXH
Aonl y dbonoi aic ncpicxci nha,pomoicc Yta TO btcao,uona ooc tat y noxpcwocic oat Kai note vd pctogipdo0n by oust. Ehv xpclattd000tr tic toapaa'n1 rivetbcrt vd oa. hGsoouv tTOtpiCO 11rTO tOAOtwt win DEI Ypamcio o ncptoxgt oat.

QUAN TRON
sin thong <to nay ao gbm nhOng 'al lwo ye quoin di rung nhd nghia an ass qty vi. vi non ddgc dish ngay tic khac Neu tin nattdi di sin quy vi hot van pheng D E T bin dank Bach nhdng ce thing cinch