UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES R. LIDDELL, JR.<br>Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | C.A. NO. 04CV10409WGY |
| CITY OF ATTLEBORO<br>Defendant | )<br>)<br>)<br>) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO AMEND ANSWER TO FIRST AMENDED
COMPLAINT AND JURY DEMAND**

COMES now counsel for James R. Liddell, Jr., plaintiff in the above-captioned matter, and, with the assent of counsel for defendant City of Attleboro, hereby moves this Honorable Court to extend the deadline for filing an opposition to Defendant's Motion to Amend Answer to First Amended Complaint and Jury Demand.  As grounds therefore, your movant states that due to a scheduling conflict because of a pending trial matter, an extension is necessary to allow counsel additional time to file an opposition to defendant's motion.  Further, no prejudice would ensue to the parties were this Honorable Court to grant plaintiff's request.

WHEREFORE, for the reasons above, plaintiff respectfully seeks permission from this Honorable Court to extend the above filing deadline to October 25, 2004.

        Submitted on behalf of
Plaintiff, James R. Liddell, Jr., by
his attorney:

/s/ Howard Mark Fine
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, Massachusetts  02140-3233
617-868-9200
B.B.O. No. 554671

Assented to by:

/s/ Lorna M. Hebert
Loran M. Hebert
City of Attleboro
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
P.O. 9126
Quincy, MA  02269-9126
617-479-5000
B.B.O. No. 559493

Dated: October 12, 2004

## CERTIFICATE OF SERVICE

    I, Howard Mark Fine, counsel for plaintiff in the above-captioned matter, hereby affirm that I have served by first class mail, postage prepaid, the foregoing motion to the following counsel of record for defendant City of Attleboro: Lorna M. Hebert, Murphy, Hesse, Toomey & Lehane, LLP, Crown Colony Plaza, 300 Crown Colony Drive, Suite 410, P.O. Box 9126, Quincy, MA  02269-9126.

Dated: October 12, 2004        /s/ Howard Mark Fine
                                            Howard Mark Fine, Esquire