UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10409WGY

_____
                              )
JAMES R. LIDDELL, JR.         )
        Plaintiff             )
                              )
        v.                    )
                              )
CITY OF ATTLEBORO             )
        Defendant             )
_____)

JOINT MOTION TO EXTEND DISCOVERY

COMES now counsel for the parties in the above-captioned matter and, pursuant to L.R. 26.1(A)(2), seek leave from this Honorable Court to extend partially the discovery deadlines in the above-captioned matter. Specifically, the parties seek to extend the deadlines for 1) taking non-expert depositions, 2) designating expert witnesses and producing reports, 3) taking expert depositions, and 4) filing dispositive motions. As grounds therefore, the following is stated:

1. Pursuant to the discovery deadlines contained in the parties' Amended Joint Statement Containing Proposed Pretrial Schedule, each party has served multiple written discovery requests and noticed depositions of witnesses in a timely manner.

2. Due to the conflicting litigation demands of the undersigned counsel, delays have occurred in scheduling depositions in this matter, which has interfered with the parties' ability to complete this phase of discovery. School vacation schedules for

the week for February 21, 2005 also have hindered the ability of counsel to take depositions of witnesses.

3. On January 10, 2005, the Honorable United States District Court Judge William G. Young ordered that this matter be referred for mediation on February 5, 2005.

4. According to the above pretrial schedule, the deadline for completing non-expert depositions is February 25, 2005.

5. Plaintiff's deadlines for designating expert witnesses and producing reports are March 31, 2005 and April 29, 2005, respectively.

6. Defendant's deadlines for designating experts and producing reports are April 29, 2005 and May 30, 2005, respectively.

7. The deadline for filing summary judgment motions is June 30, 2005.

8. A final pretrial conference is scheduled no sooner than September 6, 2005.

9. No prejudice would ensue to the parties nor would there be a delay in the legal proceedings if the requested extensions were granted.

WHEREFORE, for the reasons above, your movants respectfully ask that this Honorable Court further amend the pretrial schedule to reflect March 31, 2005 as being the new deadline for completing non-expert depositions and reflect April 29, 2005 and May 31, 2005 as deadlines for plaintiff designating expert witnesses and producing expert reports, respectively; May 31, 2005 and June 30, 2005, respectively, as deadlines for defendant designating expert witnesses and producing expert reports; June 30, 2005 as the deadline for deposing expert witnesses; and July 31, 2005 as the deadline for filing summary judgment motions.

| | |
|---|---|
| Submitted on behalf of<br>Plaintiff, James R. Liddell, Jr.,<br>by his attorney: | Submitted on behalf of Defendant,<br>City of Attleboro, by its attorney: |
| /s/ Howard Mark Fine<br>Howard Mark Fine, Esquire<br>86 Sherman Street<br>Cambridge, Massachusetts  02140-3233<br>617-868-9200<br>B.B.O. No. 554671 | /s/ Lorna M. Hebert<br>Lorna M. Hebert, Esquire<br>Murphy, Hesse, Toomey & Lehane, LLP<br>Crown Colony Plaza<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA  02269-9126<br>617-479-5000<br>B.B.O. No. 559493 |
| Dated: February 8, 2005 | Dated: February 8, 2005 |