

EXHIBIT
3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )
                                    )
JAMES R. LIDDELL, JR.               )
       Plaintiff                    )
                                    )
       v.                           )   C.A. NO. 04CV10409WGY
                                    )
CITY OF ATTLEBORO                   )
       Defendant                    )
                                    )
```

## STIPULATION AND PROTECTIVE ORDER

1.  The herein agreement (Stipulation) shall govern certain "designated documents" requested for production by counsel for the Defendant in the above-captioned matter, that is, City of Attleboro ("Defendant").

2.  The term used in this Stipulation, "designated documents," shall refer to medical records and tax returns-confidential produced during discovery by James R. Liddell, Jr. ("Plaintiff") in this federal action and not previously produced by Plaintiff in response to Defendant's request for production of documents that is of a confidential, private and/or privileged nature and has been so marked, or so designated in writing as such by counsel of record, at the time of its production to the requesting party.

3.  Confidential information shall not, without the consent of Plaintiff or by specific order of the court, be disclosed to any person other than counsel of record for Defendant except that such information may be released to: a) persons regularly employed or associated with the law firms of such attorneys, whose assistance is required by said attorneys in the preparation for trial of this case; and b) expert witnesses and consultants

retained by the parties in connection with this proceeding, to the extent such disclosure is necessary for the trial or preparation for trial of this case.

4. Prior to disclosing any confidential information to any person listed above in paragraph 3(b), Defendant's counsel shall obtain from such expert or consultant a written acknowledgement that he or she has read this Stipulation and agrees to be bound by its provisions. All such acknowledgements shall be retained by counsel and shall be made available to opposing counsel upon request without order of the court or the court in which this matter is pending.

5. Whenever future depositions are taken in this action which involve disclosure of designated documents, any portions thereof containing such information are subject to the provisions of this Stipulation and shall be so designated a) on the record or b) within 30 days after receipt by counsel of a transcript of such deposition.

6. Nothing in this Stipulation shall prohibit the use of any designated documents during the litigation and trial of this matter, including in pre- and post-trial motions, depositions, and mediation concerning this matter. Such use shall not constitute a waiver (express or implied) or general release of the provisions of this Stipulation.

7. This Stipulation and Protective Order may be modified by stipulation of the parties hereto, without leave of the court after notice and motion.

8. At the conclusion of this case, with the exception of deposition transcripts, all documents and information subject to this Stipulation, and all copies thereof, shall be returned immediately to the Plaintiff by any and all persons to whom such material has been furnished.

9. The terms of this Stipulation and Protective Order shall be specifically enforceable by motion in this action, and such terms shall survive any judgment, settlement, discontinuance, dismissal, or other disposition of this action.

Respectfully submitted on behalf of the parties by their respective counsel on behalf of:

JAMES R. LIDDELL, JR.

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA 02140-3233
B.B.O. No. 554671
617-868-9200

Dated: 12/14/04

CITY OF ATTLEBORO

_____
Lorna M. Hebert, Esquire
Murphy, Hesse, Toomey and Lehane
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
B.B.O. No. 559493
617-479-5000

Dated: 12/13/04

3

# Howard Mark Fine
*Attorney at Law*

86 Sherman Street, Cambridge, Massachusetts 02140-3233
Telephone: 617-868-9200 • FAX: 617-868-8400

December 14, 2004

Lorna M. Hebert, Esquire
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, Massachusetts  02269-9126

    RE: **James R. Liddell, Jr. v. City of Attleboro, Civil Action No. 04CV10409WGY**

<u>BY FACSIMILE AND FIRST CLASS MAIL</u>

Dear Ms. Hebert:

Regarding the above-referenced matter, I enclose an executed confidentiality agreement for your files.  Henceforth, I will forward you a copy of my client's medical records and tax returns per this agreement.

I remain

Very truly yours,

Howard Mark Fine, Esquire

HMF/hf

Enc.

cc: James R. Liddell, Jr.