**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
**Attorneys At Law**

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

Arthur P. Murphy
James A. Toomey
Katherine A. Hesse
Michael C. Lehane
John P. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
David A. DeLuca
Ann M. O'Neill
Michael F.X. Dolan, Jr.
Donald L. Graham
Andrew J. Waugh
J. David Moran
Doris R. MacKenzie Ehrens
Mary L. Gallant
Robert M. Delahunt, Jr.
Lorna M. Hebert

Geoffrey P. Wermuth
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Scott E. Bettencourt
Stacey G. Bloom
Michael R. Bertoncini
Adam D. Janoff
Thomas W. Colomb
Monica Swanson Tesler
David A. Appugliese
Rebecca L. Andrews
Jennifer N. Geosits
Melissa Gamble
Jason M. Gesing
Bryan R. LeBlanc
Christina Gentile
Beth Leopold Ross

Of Counsel
Paul F. Dempsey
William P. Breen, Jr.

Scott Harshbarger

*Please Respond to Quincy*

November 22, 2004

Howard Fine, Esq.
86 Sherman Street
Cambridge, MA 02140-9200

Re: Liddell v. City of Attleboro
    Case No.: 04CV10409WGY

Dear Howard:

   As I stated in my telephone message to you this morning, I cancelled the deposition of your client previously scheduled for tomorrow, November 23, 2004, pending receipt of his medical and tax documents.

   I received your proposed confidentiality agreement. Some parts of it are unacceptable. Foremost, I will not agree to paragraph 10 in any form. I also will not agree to paragraph 5. Relative to paragraph 2, I propose the following language:

   The term used in this Stipulation, "designated documents," shall refer to any medical documents and tax returns requested by the Defendant in its Request for Production of Documents in this federal action and not previously produced by James R. Liddell, Jr. ("Plaintiff") that is of a confidential, private and/or privileged nature and has been so marked, or so designated in writing as such by counsel of record, at the time of its production to the requesting party.

   Regarding paragraph 9, I would like to delete the first sentence and the first part of the second sentence stating, "Whether or not it has been so entered." The second sentence should start off, "The terms of this Stipulation and protective order shall be, ...."

**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
     <u>Attorneys At Law</u>

Page two
November 22, 2004


     With regard to your discovery responses, I intend to file a motion to compel discovery relative to the medical documents of Alice Griffin, which you already indicated in previous conversations you would not produce. Additionally, I intend to file a motion to compel the production of documents requested in requests 15 and 16 as I do not agree that your objections are valid.

     I plan to take the Plaintiff's deposition on December 22, 2004, assuming I have received the requested medical documents and tax returns by then. Enclosed is a Notice of Deposition.

     I received your notices of deposition for Joel Lovering and Ronald Pacy. I am not available on either day as I am taking the entire week off as a vacation. Also, as you know, I do not work Thursdays and Fridays. Please give me a call so we can find a mutually convenient time for these depositions.

     I look forward to hearing from you on these matters. I available to discuss them tomorrow, November 23, 2004.


                                           Very truly yours,


                                           Lorna M. Hebert


cc: Joel Lovering