UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES R. LIDDELL, JR.<br>Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | C.A. NO. 04CV10409WGY |
| CITY OF ATTLEBORO<br>Defendant | )<br>)<br>)<br>) |  |

## **STIPULATION OF DISMISSAL**

COMES now the parties in the above-captioned matter and, by their attorneys, hereby stipulate and agree to that the action be DISMISSISED with prejudice and without costs.

Submitted on behalf of:

JAMES R. LIDDELL, JR.

By his attorney:

_____
/s/ Howard Mark Fine
Howard Mark Fine
86 Sherman Street
Cambridge, Massachusetts  02140-3233
617-868-9200
B.B.O. No. 554671

CITY OF ATTLEBORO

By its attorney:

_____
/s/ Lorna M. Hebert
Lorna M. Hebert
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
P.O. 9126
Quincy, MA  02269-9126
617-479-5000
B.B.O. No. 559493

Dated: May 5, 2005